UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONSURU WOLE SHO,

    Petitioner,

v.

MOISES BECERRA, et al.,

    Respondents.

Case No. 22-cv-09124-JD

**ORDER OF TRANSFER**

Re: Dkt. No. 1

This is a writ of mandamus filed pro se by a detainee of the United States Immigration and Customs Enforcement ("ICE") at the Golden State Annex in McFarland, California. That facility is in Kern County which is in the venue of the United States District Court for the Eastern District of California. Petitioner contends that a substantial part of the events concerning this case occurred at the San Francisco field office of ICE which is in this district. Petitioner seeks a preliminary injunction related to his prolonged detention without a bond hearing.

Court records indicate that petitioner previously filed a habeas case in this Court with similar claims. *See Sho v. Current or Acting Field Office Director*, Case No. 21-08796 BLF. In that case, the Court noted that petitioner's claims could be grounds for habeas relief, but it was more appropriately brought in the district of confinement and transferred the case to the Eastern District. The case continues in the Eastern District and it was recently recommended that respondent's motion to dismiss be denied. *See Sho v. Current or Acting Field Office Director*, Case No. 21-1812 TLN AC, Dkt. No. 30. The Eastern District also noted that petitioner had previously brought a case in that district with similar claims. *See Sho v. U.S. Immigration and Customs Enforcement*, Case No. 21-0654 TLN AC.

Because petitioner continues with a case in the Eastern District with the same claims involving his detention and in the interest of justice and convenience, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The pending motion (Dkt. No. 1) is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 3, 2023

_____
JAMES DONATO
United States District Judge